IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY DAVIS**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00035-BSM**

**STATE FARM**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE